# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 18, 2013

## NO. 03-13-00197-CV

**Varnel Lee Diggs, Appellant**

**v.**

**GMAC Mortgage, LLC; and Federal National Mortgage Association, Appellees**

## APPEAL FROM 345TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, ROSE, AND GOODWIN
## DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE ROSE

This is an appeal from the order signed by the trial court on August 28, 2012. Having reviewed the record, it appears that the Court lacks jurisdiction over this case. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.